SARA M. THORPE (SBN: 146529)
sthorpe@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorney for Defendant
THE INSURANCE COMPANY OF
THE STATE OF PENNSYLVANIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. RIZZO, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation, and CHARTIS CLAIMS, INC., a Delaware corporation,<br><br>Defendant. | Case No.: CV-12-04347 DMG (FMOx)<br><br>**ICSOP'S SUPPLEMENTAL RESPONSE TO RIZZO'S "PERTINENT AND SIGNIFICANT AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT"**<br><br>**Complaint filed: May 18, 2012**<br><br>**MSJ Hearing<br>Date: October 12, 2012<br>Time: 2:00 p.m.<br>Ctrm: 7**<br><br>**Hon. Dolly M. Gee** |

The Insurance Company of the State of Pennsylvania ("ICSOP") hereby requests, pursuant to Federal Rules of Evidence 201, that the Court take judicial notice of the following docket and additional documents filed in the writ proceedings now pending before the California Court of Appeal in *City of Bell v. Superior Court of Los Angeles County (Robert A. Rizzo, Real Party in Interest)*, Case No. B247362 (*"City of Bell"*). See *Schweitzer v. Scott*, 469 F.Supp. 1017, 1020 (C.D. Cal. 1979) (court may take judicial notice of court files and records); *Garcia v. Harrington*, 2010 U.S. Dist. LEXIS 104325 at *5-6 (C.D. Cal. 2010)

-1-
ICSOP'S SUPPLEMENTAL RESPONSE TO RIZZO'S "PERTINENT AND SIGNIFICANT AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT"

(same). These documents were obtained from the California Court of Appeal's docket and are provided to the Court to give it a fuller understanding of these writ proceedings. Other documents may be provided to the Court as they become available on the California Court of Appeal's docket. True and correct copies of the documents are attached here.

| | |
|---|---|
| Exhibit C: | City of Bell's Petition for Writ of Mandate |
| Exhibit D: | Reply to Opposition[1] to Petition for Writ of Mandate and/or Prohibition or Other Appropriate Relief |
| Exhibit E: | Robert A. Rizzo's Opposition to Petition for Writ of Mandate |
| Exhibit F: | City of Bell's Reply to Rizzo's Substantive Opposition to Petition for Writ of Mandate and/or Prohibition or Other Appropriate Relief |
| Exhibit G: | City of Bell's Supplemental Brief |

Dated: August 28, 2013              GORDON & REES LLP

By    /s/ *Sara M. Thorpe*
         Sara M. Thorpe
Attorney for Defendant
THE INSURANCE COMPANY OF
THE STATE OF PENNSYLVANIA

---

[1] Robert Rizzo's April 2, 2013 Opposition to City of Bell's Petition for Writ of Mandate is currently not available on the California Court of Appeal's docket.

CHCV/1080788/16724896v.1

-2-
ICSOP'S SUPPLEMENTAL RESPONSE TO RIZZO'S "PERTINENT AND SIGNIFICANT AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT"