JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. RIZZO,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, et al.,<br><br>　　　　　　　Defendant. | Case No. CV 12-04347 DMG (FMOx)<br><br>**JUDGMENT** |

1  Pursuant to the Court's order, filed concurrently herewith, granting Defendant The
2  Insurance Company of the State of Pennsylvania's ("ICSOP") Motion for Summary
3  Judgment and denying Plaintiff Robert A. Rizzo's Motion for Partial Summary
4  Judgment,
5  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is
6  entered in favor of Defendant ICSOP and against Plaintiff Rizzo, who shall take nothing.
7  **IT IS SO ORDERED.**

9  DATED:  August 30, 2013

   _____
   DOLLY M. GEE
   UNITED STATES DISTRICT JUDGE